

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
08/12/2009

| | | |
|---|---|---|
| IN RE: § | | |
| ROBERT CANO, *et al*, § | Case No. 02-70359 | |
| Debtor(s). § | | |
| § | Chapter 13 | |
| § | | |
| ROBERT CANO, *et al*, § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | Adversary No. 08-07019 | |
| § | | |
| GMAC MORTGAGE CORP, § | | |
| Defendant(s). § | Judge Isgur | |

### ORDER GRANTING IN PART
### AND DENYING IN PART GMAC'S MOTION TO DISMISS

For the reasons set forth in the Court's August 10, 2009 Memorandum Opinion, the Court grants GMAC's Motion to Dismiss with respect to Plaintiffs' claims under §§ 362, 506, 524, 1322(a)(1), 1322(b)(5), 1326(c), 1327, and 1328 of the Bankruptcy Code. The Court denies the balance of GMAC's motion.

SIGNED **August 10, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE